# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS J. HATZENBUEHLER,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>Defendant. | Case No. EDCV 03-1333-JWJ<br><br>ORDER GRANTING PLAINTIFF COUNSEL'S PETITION FOR ATTORNEYS FEES PURSUANT TO 28 U.S.C. §406(b). |

## ORDER

Pursuant to 28 U.S.C. §406(b), **IT IS HEREBY ORDERED** that the Commissioner of the Social Security Administration certify an attorney's fee payment to the Law Offices of Bill Latour in the amount of $3,592 ($10,592 for the attorney's and paralegal's time, minus $7,000 in §406(a) fees which plaintiff's counsel has already been paid).

///
///
///
///

**IT IS FURTHER ORDERED** that plaintiff's counsel reimburse plaintiff $2,000 in EAJA fees previously awarded to plaintiff's attorney. Counsel shall serve a copy of this Order on plaintiff within 14 days of the date of this Order, and file a certificate of compliance within 14 days thereafter.

DATED:  November 26, 2008

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge